**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (6375)
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for UNITE HERE HEALTH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| ERIC PALACIOS & ASSOCIATES, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>FIDELIA ORTIZ-DEMORAN, an individual; UNIVERSITY MEDICAL CENTER dba UMC HOSPITAL; UNITE HERE HEALTH, an unknown entity; LAS VEGAS FIRE & RESCUE; DESERT RADIOLOGY SOLUTIONS, LLC; AGATE/VENGER PARTNERSHIP, LLP dba WESTERN REGIONAL CENTER FOR BRAIN AND SPINE SURGERY; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case: 2:15-cv-00778-RFB-CWH<br><br>**CERTIFICATE OF SERVICE UNITE HERE HEALTH'S ANSWER, COUNTERCLAIMS AND CROSSCLAIMS** |
| UNITE HERE HEALTH,<br><br>Counterclaimant,<br><br>vs.<br><br>ERIC PALACIOS & ASSOCIATES, LTD.<br><br>Counterdefendant. | |

UNITE HERE HEALTH,

      Crossclaimant,

vs.

FIDELIA ORTIZ-DEMORAN, an individual; UNIVERSITY MEDICAL CENTER dba UMC HOSPITAL; LAS VEGAS FIRE & RESCUE; DESERT RADIOLOGY SOLUTIONS, LLC; AGATE/VENGER PARTNERSHIP, LLP dba WESTERN REGIONAL CENTER FOR BRAIN AND SPINE SURGERY; DOES I through X, and ROE CORPORATIONS I through X, inclusive,

      Cross-Defendants.

  I am an employee of Christensen James & Martin. On May 19, 2015 I caused a true and correct copy of UNITE HERE Health's Answer, Counterclaims and Crossclaims, filed with the Clerk of Court on May 18, 2015, to be served by depositing a true and correct into the United States Mail with prepaid first-class postage, addressed to the following parties at their last-known mailing addresses:

Fidelia Ortiz-Demoran
4524 ALPINE PL
LAS VEGAS, NV 89107

University Medical Center
dba UMC Hospital
1800 West Charleston Blvd.
Las Vegas, NV 89102

Las Vegas Fire & Rescue
1680 S. Torrey Pines Dr.
Las Vegas, NV 89108

Desert Radiology Solutions, LLC
2020 Palomino Lane, Suite 100
Las Vegas, NV 89106

Agata/Venger Partnership, LLP
dba Western Regional Center for Brain and Spine Surgery
3061 S Maryland Pkwy., #200
Las Vegas, NV 89109

Palacios & Associates
Eric Palacios, Esq.
2050 S Eastern Ave.
Las Vegas, NV 89104

**CHRISTENSEN JAMES & MARTIN**

By:   */s/ Natalie Saville*
Natalie Saville