**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (6375)
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for Unite Here Health*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| ERIC PALACIOS & ASSOCIATES, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>FIDELIA ORTIZ-DEMORAN, *et al.*<br><br>Defendants. | Case: 2:15-cv-00778-RFB-CWH<br><br>**JOINT STATUS REPORT** |

Plaintiff ERIC PALACIOS & ASSOCIATES, LTD., Defendant UNITE HERE HEALTH ("UHH") and Defendant CITY OF LAS VEGAS (named in the Amended Complaint in Interpleader as "Las Vegas Fire and Rescue"), each acting through counsel, respectfully submit this Joint Status Report.

**1. Status of Action:** Plaintiff filed an Amended Complaint in Interpleader on April 8, 2015, in the Eighth Judicial District Court in and for Clark County, Nevada (Case No. A-15-712933). Asserting that the action presents a question of federal law that cannot lawfully proceed in state court, Defendant UHH filed a Notice of Removal (#1) on April 27, 2015. On April 28, 2015, UHH filed a Statement Regarding Removed Case (#4). On April 29, 2015 Defendant University Medical Center filed in State Court its Disclaimer of Interest. On May 5, 2015, the City of Las Vegas filed its Answer to Amended Complaint in Interpleader (#5). On May 18, 2015, UHH filed its Answer and asserted Crossclaims and Counterclaims (#6) relating to the monies Plaintiff seeks to interplead.

1  UHH and the City of Las Vegas have both filed Certificates of Interested parties. Plaintiff is
2  presently seeking to serve all remaining parties to the Case.
3     **2. Action Presently Required by the Court:** None
4     **3. Pending Motions:** None.

DATED: May 27, 2015                           CHRISTENSEN JAMES & MARTIN

                                              By:  *Daryl Martin*
                                                 Daryl E. Martin (Bar No. 6735)
                                                 *Attorneys for Defendant UNITE HERE*
                                                 *HEALTH*

DATED: May 27, 2015                           ERIC PALACIOS & ASSOCIATES, LTD.

                                              By:  *Eric Palacios*
                                                 Eric Palacios (Bar No. 7120)
                                                 *Attorneys for Plaintiff Eric Palacios &*
                                                 *Associates, Ltd.*

DATED: May 27, 2015                           BRADFORD R. JERBIC, CITY ATTORNEY

                                              By:  *Elias George*
                                                 Elias P. George (Bar No. 12379)
                                                 Deputy City Attorney
                                                 *Attorneys for Defendant City of Las Vegas*