**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (6375)
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for UNITE HERE HEALTH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| ERIC PALACIOS & ASSOCIATES, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>FIDELIA ORTIZ-DEMORAN, an individual; UNIVERSITY MEDICAL CENTER dba UMC HOSPITAL; UNITE HERE HEALTH, an unknown entity; LAS VEGAS FIRE & RESCUE; DESERT RADIOLOGY SOLUTIONS, LLC; AGATE/VENGER PARTNERSHIP, LLP dba WESTERN REGIONAL CENTER FOR BRAIN AND SPINE SURGERY; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case: 2:15-cv-00778-RFB-CWH<br><br><br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| UNITE HERE HEALTH,<br><br>Counterclaimant,<br><br>vs.<br><br>ERIC PALACIOS & ASSOCIATES, LTD.<br><br>Counterdefendant. | |

1  UNITE HERE HEALTH,

2              Crossclaimant,

3  vs.

4  FIDELIA ORTIZ-DEMORAN, an individual;
   UNIVERSITY MEDICAL CENTER dba UMC
5  HOSPITAL; LAS VEGAS FIRE & RESCUE; DESERT
   RADIOLOGY SOLUTIONS, LLC; AGATE/VENGER
6  PARTNERSHIP, LLP dba WESTERN REGIONAL
   CENTER FOR BRAIN AND SPINE SURGERY; DOES I
7  through X, and ROE CORPORATIONS I through X,
   inclusive,
8
              Cross-Defendants.
9

10         Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP") and Local Rule

11  26-1(d), Plaintiff ERIC PALACIOS & ASSOCIATES, LTD. and Defendants UNITE HERE

12  HEALTH and CITY OF LAS VEGAS, each acting through their respective counsel, conferred

13  on June 24, 2015 and hereby submit their Stipulated Discovery Plan ("Plan").

14                     **SUBMITTED IN COMPLIANCE WITH LR 26-l(e)**

15                       Information Required Under Fed. R. Civ. P. 26(f)

16         1.      Changes in timing, form or requirement for disclosures.

17         a.      Initial disclosures were or will be provided in accordance with FRCP

18  26(a)(1) on or before **July 3, 2015**.

19         2.      Subjects of Discovery.  The parties anticipate Discovery will be required in the

20  following areas:

21         a.      The facts and circumstances that will enable the Court to determine the

22  validity of the allegations of Plaintiffs' Complaint, including the enforceability of the

23  Repayment Agreement executed by certain Defendants;

24         b.      The facts and circumstances that will enable the Court to determine the

25  validity of any affirmative defenses asserted by the Defendants;

26         c.      Production of documents so that the parties may confirm claim amounts

27  for which liens are asserted against the settlement proceeds that are to be interpleaded;

28

1      d.   Production of relevant information regarding the tort settlement obtained

2 by Defendant FIDELIA ORTIZ-DEMORAN; and

3      e.   Deposition testimony from all Defendants and any witnesses identified by

4 any party.

5    Any party may propound Discovery as allowed by the Federal Rules of Civil

6 Procedure, the Local Rules of the Court and this Order.  The parties reserve any general

7 Discovery matters as needed.

8    3.   <u>Completion of Discovery.</u>  The parties anticipate that Discovery focused on the

9 above issues can be completed within 150 days from the anticipated filing date of this Plan (June

10 30, 2015), which would generate a **Discovery Cut-Off Date** of **November 27, 2015**.

11   4.   <u>Orders under Fed. R. Civ. P. 26(c) and 16(b) and (c).</u>  The parties are not aware of

12 any other matter or order that should be entered under these Rules.

Information Required Under LR 26-1(e)

14   5.   <u>Discovery Cut-Off Date.</u>  Discovery shall be completed by **November 27, 2015**.

15   6.   <u>Amending the Pleadings and Adding Parties</u>.  Motions to amend pleadings, or to

16 add parties, shall be filed not later than ninety (90) days prior to the close of Discovery, or

17 **August 28, 2015.**

18   7.   <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts).</u>  The parties will disclose experts,

19 if any, not later than sixty (60) days prior to the close of Discovery, or **September 28, 2015.**

20 Rebuttal experts shall be disclosed within thirty (30) days after the initial disclosure of experts

21 and no later than **October 28, 2015.**

22   8.   <u>Dispositive Motions.</u>  The parties will file Dispositive Motions not later than

23 thirty (30) days after the Discovery Cut-Off Date, or **December 28, 2015.**

24   9.   <u>Pretrial Order.</u>  The parties shall file the joint Pretrial Order no later than thirty

25 (30) days after the date set for filing Dispositive Motions, or **January 27, 2016**.  If the parties

26 file Dispositive Motions, then the duty to submit a Pretrial Order shall be suspended until thirty

27 (30) days after the final decision on the Dispositive Motions or further Order of the Court.

28

1      10.    Fed. R. Civ. P. 26(a)(3) Disclosures. All disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the Pretrial Order.

2      11.    Time Required for Trial. The parties believe that Trial of this matter will take 1 to 2 days.

3      12.    Trial Dates. The parties and their counsel anticipate being available for Trial during the weeks of May 16 and 23, 2016.

Dated this 30th day of June, 2015.

CHRISTENSEN JAMES & MARTIN

By: */s/ Daryl E. Martin*
Daryl E. Martin (Bar No. 6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Unite Here Health*

ERIC PALACIOS & ASSOCIATES, LTD.

By:    *Eric Palacios*
Eric Palacios (Bar No. 7120)
2050 S. Eastern Ave.
Las Vegas, NV 89104
*Attorneys for Eric Palacios & Associates, Ltd.*
*and Fidelia Ortiz-De Moran*

CITY OF LAS VEGAS
OFFICE OF THE CITY ATTORNEY

By:    *Elias P. George*
Elias P. George (Bar No. 12379)
Deputy City Attorney
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for City of Las Vegas*
*(Las Vegas Fire & Rescue)*

                    IT IS SO ORDERED

                    _____
                    United States Magistrate Judge

                    Dated: _____

-4-