**CHRISTENSEN JAMES & MARTIN**
DARYL E. MARTIN, ESQ. (6375)
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for UNITE HERE HEALTH*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ERIC PALACIOS & ASSOCIATES, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>FIDELIA ORTIZ-DEMORAN, an individual; UNIVERSITY MEDICAL CENTER dba UMC HOSPITAL; UNITE HERE HEALTH, an unknown entity; LAS VEGAS FIRE & RESCUE; DESERT RADIOLOGY SOLUTIONS, LLC; AGATE/VENGER PARTNERSHIP, LLP dba WESTERN REGIONAL CENTER FOR BRAIN AND SPINE SURGERY; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case: 2:15-cv-00778-RFB-CWH<br><br>STIPULATION<br>AND ORDER TO DISTRIBUTE INTERPLEADER PROCEEDS AND TO DISMISS CASE |

Plaintiff ERIC PALACIOS & ASSOCIATES, LTD. ("PALACIOS") and Defendants UNITE HERE HEALTH ("UHH") and CITY OF LAS VEGAS (named in the Complaint as Las Vegas Fire & Rescue) hereby stipulate, agree, and request this Court's Order as stated below.

IT IS HEREBY STIPULATED AND AGREED that the parties signing this Stipulation are the sole remaining parties. All others have been defaulted for failing to appear, have disclaimed interest in the monies at issue in this case, or have been dismissed from the case by Court Order.

IT IS FURTHER STIPULATED AND AGREED that PALACIOS, UHH, and the CITY OF LAS VEGAS each have valid liens against the $15,000 tort recovery at issue in this Case, and that the proceeds of that recovery were deposited with the Clerk of Court of the Eighth Judicial District

1  Court in and for Clark County, Nevada ("EJDC Clerk") on March 17, 2015, as shown on the Receipt
2  No. 2015-27420-CCCLK issued by the EJDC Clerk.
3       IT IS FURTHER STIPULATED AND AGREED that the sum of $10,425.00 be distributed
4  by the EJDC Clerk to UNITE HERE HEALTH.
5       IT IS FURTHER STIPULATED AND AGREED that the sum of $3,900.00 be distributed by
6  the EJDC Clerk to PALACIOS as payment of fees earned by PALACIOS.
7       IT IS FURTHER STIPULATED AND AGREED that the sum of $675.00 be issued by the
8  EJDC Clerk to the CITY OF LAS VEGAS.
9
10  / / /
11  / / /
12  / / /

IT IS FURTHER STIPULATED AND AGREED that this matter and all related cases may be dismissed with prejudice.

DATED: March 22, 2016           CHRISTENSEN JAMES & MARTIN

By: */s/ Daryl Martin*
Daryl E. Martin (Bar No. 6735)
7440 W. Sahara Ave.
Las Vegas, NV 89117
*Attorneys for Unite Here Health*

DATED: March 22, 2016           ERIC PALACIOS & ASSOCIATES, LTD.

By: */s/ Eric Palacios*
Eric Palacios (Bar No. 7120)
2050 S. Eastern Ave.
Las Vegas, NV 89104
*Attorneys for Eric Palacios & Associates*

DATED: March 22, 2016           CITY OF LAS VEGAS

By: */s/ Elias George*
Elias P. George (Bar No. 12379)
Deputy City Attorney
495 S. Main St., Sixth Floor
Las Vegas, NV 89101
*Attorneys for City of Las Vegas*

**ORDER**

IT IS SO ORDERED.

Dated: March 27, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge